**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER  13** |
| **Douglas Gratz** | | |
| **DEBTOR** | : | **BKY. NO. 24-10376-pmm** |

O R D E R

    AND NOW, this 21st  day of February    , 2024  upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

    It is Ordered that the Motion is Granted. Debtor has until **3/04/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.


By the Court:

_Patricia M. Mayer_
_____

Hon.  Patricia M. Mayer
U.S. Bankruptcy Court Judge