United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10376-pmm |
| Douglas V. Gratz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Douglas V. Gratz, 4231 E Cheltenham Avenue, Philadelphia, PA 19124-1414 |
| 14854756 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14854758 | + | Optmbnk/gsky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14854762 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14866202 | + | ThunderRoad Financial LLC, PO Box 631727, PO Box 631727, Irving, TX 75063-0001 |
| 14854770 | | Thunderroad Financia, Po Box 19849, Reno, NV 89511-2511 |
| 14854773 | + | Univest Bank & Trust C, 14 Main St, Souderton, PA 18964-1713 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 11 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 00:30:38 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14865529 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 00:14:26 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14854730 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 11 2024 00:16:13 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14868598 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2024 00:16:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14854731 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2024 00:14:25 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14854732 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2024 00:03:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14874264 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2024 00:03:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14854733 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 11 2024 00:03:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14854734 | | Email/Text: rm-bknotices@bridgecrest.com | Jul 11 2024 00:04:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14853408 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 00:14:06 | Bridgecrest Credit Company, LLC as Agent, AIS |

Case 24-10376-pmm   Doc 27   Filed 07/12/24   Entered 07/13/24 00:39:11   Desc Imaged
Certificate of Notice   Page 2 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 68 |

| Recipient ID | | Delivery Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14853612 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 00:28:33 | Bridgecrest Credit Company, LLC as Agent, and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14854739 | | Email/Text: megan.harper@phila.gov | Jul 11 2024 00:04:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14854735 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2024 00:14:05 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14864490 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 11 2024 00:16:09 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14873503 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 00:30:24 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14854737 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2024 00:14:51 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14854738 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2024 00:16:13 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14854740 | | Email/Text: bankruptcy@philapark.org | Jul 11 2024 00:04:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14854741 | ^ | MEBN | Jul 10 2024 23:57:09 | Coastl/prosp, Attn: Bankruptcy Dept Attn: Bankruptcy D, 221 main Street , Ste 400, San Francisco, CA 94105-1913 |
| 14854742 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 11 2024 00:04:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14854743 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 11 2024 00:04:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14854744 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 11 2024 00:04:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14854745 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 11 2024 00:04:00 | Comenitycapital/lndclb, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14854746 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2024 00:28:43 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14854747 | | Email/Text: mrdiscen@discover.com | Jul 11 2024 00:03:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14854748 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2024 00:14:14 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14854754 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2024 00:14:51 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14858057 | | Email/Text: mrdiscen@discover.com | Jul 11 2024 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14854749 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 11 2024 00:04:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14854750 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 11 2024 00:03:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14854751 | + | Email/Text: bankruptcy@huntington.com | Jul 11 2024 00:04:00 | Huntington National Bank, Attn: Bankruptcy, PO Box 340996, Columbus, OH 43234-0996 |
| 14854752 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2024 00:03:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 24-10376-pmm   Doc 27   Filed 07/12/24   Entered 07/13/24 00:39:11   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| 14854736 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 11 2024 00:15:44 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14859128 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 11 2024 00:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14872500 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 00:15:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14854753 | + | Email/Text: Documentfiling@lciinc.com | Jul 11 2024 00:03:00 | Lendclub Bnk, Attn: Bankruptcy Attn: Bankruptcy, 595 Market Street , Suite 200, San Francisco, CA 94105-2802 |
| 14854755 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 11 2024 00:03:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14872865 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 11 2024 00:03:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14854757 | | Email/Text: bankruptcy@oliphantfinancial.com | Jul 11 2024 00:03:00 | Oliphant Usa, Attn: Bankruptcy Attn: Bankruptcy, 1800 2nd St , Ste 603, Sarasota, FL 34236 |
| 14854177 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2024 00:04:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14854759 | | Email/Text: fesbank@attorneygeneral.gov | Jul 11 2024 00:03:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14873603 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2024 00:16:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14854760 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 11 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14854761 | ^ | MEBN | Jul 10 2024 23:57:16 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14854763 | | Email/Text: bankruptcy@philapark.org | Jul 11 2024 00:04:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14854764 | + | Email/Text: Loan.OpsServ@quorumfcu.org | Jul 11 2024 00:03:00 | Quorum Fcu, 2 Manhattanville R, Purchase, NY 10577-2113 |
| 14854765 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 11 2024 00:04:00 | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14854766 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 00:14:47 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14854767 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 00:15:44 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14854768 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 00:30:54 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14854769 | ^ | MEBN | Jul 10 2024 23:57:13 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14854771 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 11 2024 00:04:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14854772 | ^ | MEBN | Jul 10 2024 23:57:01 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14854774 | | Email/Text: bknotice@upgrade.com | Jul 11 2024 00:03:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14854775 | + | Email/Text: LCI@upstart.com | Jul 11 2024 00:03:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14854785 | ^ | MEBN | | |

Case 24-10376-pmm    Doc 27    Filed 07/12/24    Entered 07/13/24 00:39:11    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 10 2024 23:57:05 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14854776 | ^ | MEBN | | |
| | | | Jul 10 2024 23:56:56 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14854777 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jul 11 2024 00:15:01 | Wells Fargo, Attn: Bankruptcy, 420 Montgomery St, San Francisco, CA 94104-1298 |
| 14859530 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Jul 11 2024 00:14:10 | Wells Fargo Bank Small Business Lending Division, PO Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14865530 | * | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14868599 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14859130 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Douglas V. Gratz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 24-10376-PMM |
| Douglas V. Gratz, | Chapter 13 |
| Debtor. | |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either:**

    a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **July 10, 2024**

Patricia M. Mayer
U.S. Bankruptcy Judge