**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Douglas V. Gratz,<br><br>*Debtor*. | Case No. 24-10376-PMM<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Reinstate Case
- Notice of Motion to Reinstate Case, Response Deadline, and Hearing Date

Date: July 19, 2024

_____
Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Upstart Network, Inc
PO Box 1931
Burlingame, CA 94011

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

Wells Fargo Bank Small Business
Lending Division
PO Box 29482 MAC S4101-08C
Phoenix, AZ 85038

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

ThunderRoad Financial LLC
PO Box 631727
Irving, TX 75063

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236

Carvana, LLC / Bridgecrest
c/o AIS Portfolio Services
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033