# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Douglas V. Gratz,<br><br>           Debtor. | Case No. 24-10376-pmm<br><br>Chapter 13 |

### Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the Debtor's Motion to Reinstate Case, which was filed with the Court on July 19, 2023, as ECF No. 28. Thank you.

Date: September 23, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com