**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Douglas V. Gratz, | Chapter 13 |
| Debtor | Case No. 24-10376-PMM |

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 4231 E Cheltenham Avenue | 1042 Corn Crib Drive |
| Philadelphia, PA 19124 | Huntingdon Valley, PA 19006 |

Date:  November 6, 2024

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael A. Cibik
Michael A. Cibik, Esquire
Attorney I.D. 23110
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
P: 215-735-1060/F: 215-735-6769
E:  mail@cibiklaw.com